1 | Elaine T. Byszewski (SBN 222304)
2 | HAGENS BERMAN SOBOL SHAPIRO LLP
  | 301 North Lake Avenue, Suite 203
  | Pasadena, CA 91101
3 | Telephone: (213) 330-7150
  | Facsimile: (213) 330-7152
4 | E-mail: elaine@hbsslaw.com

5 | Steve W. Berman*
  | HAGENS BERMAN SOBOL SHAPIRO LLP
6 | 1918 8th Avenue, Suite 3300
  | Seattle, WA 98101
7 | Telephone: (206) 623-7292
  | Facsimile: (206) 623-0594
8 | Email: steve@hbsslaw.com

9 | Adam J. Levitt*
  | GRANT & EISENHOFER P.A.
10 | 30 North LaSalle Street, Suite 1200
   | Chicago, IL 60602
11 | Telephone: (312) 214-0000
   | Facsimile: (312) 214-0001
12 | Email: alevitt@gelaw.com

*Pro Hac Vice admission pending

[Additional Counsel Listed on Signature Page]

*Attorneys for Plaintiff and the Proposed Classes*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| THE CENTER FOR DEFENSIVE DRIVING, | No. 13-cv-05068-PSG-MAN |
|---|---|
| Plaintiff, | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| v. | |
| FORD MOTOR COMPANY, | |
| Defendant. | |

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

010388-11 631856 V1

PLEASE TAKE NOTICE that Plaintiff The Center for Defensive Driving, by counsel, hereby voluntarily dismisses its claims against Defendant without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  Defendant has not served an answer or motion for summary judgment.

Dated: August 9, 2013                    HAGENS BERMAN SOBOL SHAPIRO LLP

By:     /s/ Elaine T. Byszewski
Elaine T. Byszewski (SBN 222304)
301 North Lake Avenue, Suite 203
Pasadena, CA  91101
Telephone:  (213) 330-7150
Facsimile:  (213) 330-7152
Email:  elaine@hbsslaw.com

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 8th Avenue, Suite 3300
Seattle, WA  98101
Telephone:  (206) 623-7292
Facsimile:  (206) 623-0594
Email:  steve@hbsslaw.com

Jason A. Zweig
HAGENS BERMAN SOBOL SHAPIRO LLP
555 Fifth Avenue, Suite 1700
New York, NY  10017
Telephone:  (212) 752-5455
Facsimile:  (917) 210-3980
Email:  jasonz@hbsslaw.com

Adam J. Levitt
GRANT & EISENHOFER P.A.
30 North LaSalle Street, Suite 1200
Chicago, IL  60602
Telephone:  (312) 214-0000
Facsimile:  (312) 214-0001
Email:  alevitt@gelaw.com

Kyle J. McGee
GRANT & EISENHOFER P.A.
123 Justison Street
Wilmington, DE  19801

Telephone: (302) 622-7000
Facsimile: (302) 622-7100
Email: kmcgee@gelaw.com

Gregory M. Travalio
Mark H. Troutman
ISAAC, WILES, BURKHOLDER
  & TEETOR LLC
Two Miranova Place, Suite 700
Columbus, OH 43215
Telephone:  (614) 221-2121
Facsimile: (614) 365-9516
Email: gtravalio@isaacwiles.com
Email: mtroutman@isaacwiles.com

*Counsel for Plaintiff The Center for Defensive Driving*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** was filed electronically with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel fo record on the 9th day of August, 2013.  All other parties will be served by regular U.S. Mail.  Parties may access this filing through the Court's electronic filing system.

    /s/ Elaine T. Byszewski
Elaine T. Byszewski